IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTOINE FRONEBERGER,** | : | |
| Petitioner | : | No. 1:23-cv-00263 |
| | : | |
| v. | : | **(Judge Rambo)** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 25th day of April 2023, upon consideration of Petitioner Antoine Froneberger ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case; and

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                                s/ Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge